

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:       Clay Givens v. All Pro Courts, LLC d/b/a Court Builder of Houston
                           and Christopher Walker

Appellate case number:     01-12-00874-CV

Trial court case number:   2010-01121

Trial court:               80th Judicial District Court of Harris County

Date motion filed:         November 18, 2013

Party filing motion:       Appellant All Pro Courts, LLC d/b/a Court Builder of Houston

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Harvey Brown
                          ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Jennings, Sharp, and Brown.

Date:  December 19, 2013